IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )    2:08-cr-0176-GEB
                    Plaintiff,           )
                                         )
          v.                             )    SEALING ORDER
                                         )
ROE LUND FORSYTHE,                       )
                                         )
                    Defendant.           )
_____         )

          The attached letter dated November 4, 2011, from the Acting
Warden of the FMC Butner, to which is appended a "Certification of
Restoration of Competency to Stand Trial" and a forensic evaluation, was
received today. Since it does not appear that the documents attached to
this Order should be filed on the public docket, they shall be filed
under seal. No service is required because the parties have already been
provided copies of what is sealed.

          IT IS SO ORDERED.

Dated:  November 21, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge